UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD SATISH EMRIT, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No. 2:14-cv-01760-GMN-PAL<br><br>ORDER<br><br>(Various Mtns – Dkt. ##3, 4, 5. 6. 7) |

  Plaintiffs Ronald Satish Emrit and Nicole Rocio Leal-Mendez are proceeding in this action pro se. They submitted a complaint asserting various claims against the Social Security Administration on October 16, 2014. This proceeding was referred to this court by Local Rule IB 1-9. Plaintiffs did not pay the required filing fee of $400.00 or file separate applications to proceed in forma pauperis in compliance with 28 U.S.C. § 1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2. Once Plaintiffs either submit their applications to proceed in forma pauperis or pay the filing fee, this case will proceed. If Plaintiffs' applications are approved, the court will screen the complaint pursuant to 28 U.S.C. § 1915 and direct service if Plaintiffs have stated a claim upon which relief can be granted. Alternatively, if Plaintiffs pay the filing fee, the Clerk will issue summons, and Plaintiffs can serve the complaint and summons.

  Plaintiffs have submitted a variety of motions, including a Motion to Subpoena Witnesses (Dkt. #3), a Motion to Compel Discovery (Dkt. #4), a Motion for Default Judgment (Dkt. #6), and a Motion for Summary Judgment (Dkt. #7), all of which are premature. Plaintiff's Motion for Preliminary Injunction (Dkt. #5) seeks to ultimate relief sought in Plaintiff's complaint—namely back payment of disability payments for Plaintiff Nicole Mendez. It too is premature.

/ / /

Based on the foregoing,

**IT IS ORDERED** that:

1. Plaintiffs shall each file a separate application to proceed in forma pauperis and shall each submit a signed financial certificate no later than **December 1, 2014**. Alternatively, Plaintiffs shall make the necessary arrangements to pay the filing fee of four hundred dollars no later than **December 1, 2014.**

2. The Clerk of the Court shall send each Plaintiff a blank application form for pro se litigants who are not incarcerated.

3. Failure to comply will result in a recommendation to the district judge for dismissal of this action.

4. Plaintiffs' Motions (Dkt. ##3, 4, 5, 6, 7) are DENIED WITHOUT PREJUDICE.

Dated this 30th day of October, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE